IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jaime A. Jimenez-Espinoza, | No. CV 05-1587 PHX NVW (GEE) |
| Plaintiff, | **ORDER** |
| vs. | |
| Joseph Arpaio, | |
| Defendant. | |

Before the court is Plaintiff's *pro se* Civil Rights Complaint pursuant to 42 U.S.C. § 1983 (doc. # 1). On April 17, 2006, United States Magistrate Judge Glenda E. Edmonds issued a Report and Recommendation ("R & R") (doc. # 6) in accordance with 28 U.S.C. § 636(b)(1)(B). The R & R recommended that the complaint be dismissed. No objections to the R & R were filed.

The court has reviewed the R & R and agrees with the magistrate judge's determinations. Accordingly, the court will accept the R & R and dismiss the complaint. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge").

IT IS THEREFORE ORDERED accepting the Report and Recommendation of Magistrate Judge Edmonds (doc. # 6).

IT IS FURTHER ORDERED that Plaintiff's *pro se* Civil Rights Complaint pursuant to 42 U.S.C. § 1983 (doc. # 1) is dismissed without prejudice pursuant to Rule 4(m), Federal Rules of Civil Procedure, and LRCiv 16.2(b)(2)(B)(i), for failure to prosecute.

1   IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment
2   accordingly and terminate this action.
3   DATED this 8th day of May 2006.

_____
Neil V. Wake
United States District Judge